An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL B. GUTIERREZ,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 68188

**FILED**

JUL 09 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Nathan Tod Young, District Judge
      Michael B. Gutierrez
      Attorney General/Carson City
      Douglas County District Attorney/Minden
      Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20854